# UNITED STATES DISTRICT COURT
## for the
### Western District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 06-419 (GLL) |
| MARK FELDER ) | USM No: 09273-068 |
| Date of Previous Judgment: 02/20/2009 ) | MICHAEL J. NOVARA, AFPD |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __77__ months is reduced to __TIME SERVED__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | 22 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 77 to 96 months | Amended Guideline Range: | 63 to 78 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __02/20/2009__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/1/11

Effective Date: 11/10/11
(if different from order date)

Judge's signature

GARY L. LANCASTER, U.S. DISTRICT JUDGE
Printed name and title